| | |
|---|---|
| | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN HYAMS, an individual, on behalf of himself, and all others similarly situated, ,<br><br>Plaintiff,<br><br>vs.<br><br>CVS HEALTH CORPORATION, a Rhode Island Corporation; CVS PHARMACY, INC., a Rhode Island Corporation; GARFIELD BEACH CVS, LLC, a California Corporation; and CVS RX SERVICES, INC., a New York Corporation; DOES 1 through 25, inclusive, ,<br><br>Defendants. | CASE NO. 4:18-cv-06278-HSG<br><br>Assigned to: The Honorable Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT JANUARY 15, 2019 INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date: January 15, 2019<br>Time: 2:00 pm |

On January 11, 2019, Defendants CVS Health Corporation, CVS Pharmacy, Inc., Garfield Beach CVS, LLC and CVS RX Services ("Defendants") filed their Request for Telephonic Appearance for the January 15, 2019 Initial Case Management Conference, IT IS HEREBY ORDERED that counsel for Defendants may appear telephonically at the January 15, 2019 conference at 2:00 pm. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated: January 14, 2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge