1  BETH A. GUNN, CA Bar No. 218889
   beth@gunncoble.com
2  CATHERINE J. COBLE, CA Bar No. 223461
   cathy@gunncoble.com
3  DAVID Z. FEINGOLD, CA Bar No. 280194
   dfeingold@gunncoble.com
4  GUNN COBLE LLP
   101 S. 1st Street, Suite 407
5  Burbank, CA 91502
   Telephone:    818.900.0695
6  Facsimile:    818.900.0723

7  Attorneys for Plaintiff
   RYAN HYAMS
8

9  JENNIFER B. ZARGAROF, CA BAR NO. 204382
   jzargarof@sidley.com
   SONIA A. VUCETIC, CA BAR NO. 307414
10 svucetic@sidley.com
   SIDLEY AUSTIN LLP
11 555 West Fifth Street
   LOS ANGELES, CA 90013
12 Telephone: 213.896.6058
   Facsimile: 213.896.6600
13
   Attorneys for Defendants
14 CVS HEALTH CORPORATION; CVS PHARMACY, INC.
   GARFIELD BEACH CVS, L.L.C.; CVS RX SERVICES, INC.
15

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN HYAMS, an individual, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CVS HEALTH CORPORATION, a Rhode Island Corporation, CVS PHARMACY, INC., a Rhode Island Corporation, GARFIELD BEACH CVS, LLC, a California Corporation, and CVS RX SERVICES, INC., a New York Corporation, DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 4:18-cv-06278-HSG<br><br>CLASS ACTION<br><br>[Assigned for all purposes to Hon. Haywood S. Gilliam, Jr.]<br><br>**ORDER APPROVING STIPULATION TO PERMIT PLAINTIFF TO FILE SECOND AMENDED COMPLAINT**<br><br>[Filed concurrently with the Stipulation to Permit Plaintiff to File Second Amended Complaint]<br><br>Action Filed:    August 21, 2018<br>Trial Date:       None |

The Court having considered the parties' Stipulation to Permit Plaintiff to File Second Amended Complaint (the "Stipulation"), submitted pursuant to Federal Rule of Civil Procedure 15(a)(2), hereby ORDERS as follows:

1. **Plaintiff shall immediately e-file the SAC, which was attached to the Stipulation;**
2. That Defendants are deemed served with the SAC by way of the Stipulation; and
3. That the Answer submitted to the Court on October 12, 2018 shall remain the operative Answer, and Defendants need not file an additional responsive pleading.

IT IS SO ORDERED.

DATED: March 19, 2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge