# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN HYAMS and REGINE DUHON, individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CVS HEALTH CORPORATION, a Rhode Island Corporation, CVS PHARMACY, INC., a Rhode Island Corporation, GARFIELD BEACH CVS, LLC, a California Corporation, and CVS Rx Services, Inc.. a New York Corporation, DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 4:18-cv-06278-HSG<br><br>Assigned to: The Honorable Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT MARCH 26, 2019 INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date: March 26, 2019<br>Time: 2:00 pm |

On March 22, 2019, Defendants CVS Health Corporation, CVS Pharmacy, Inc., Garfield Beach CVS, LLC and CVS RX Services ("Defendants") filed their Request for Telephonic Appearance for the March 26, 2019 Initial Case Management Conference, IT IS HEREBY ORDERED that counsel for Defendants may appear telephonically at the March 26, 2019 conference at 2:00 pm.

Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated: March 25, 2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge