# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND

| | |
|---|---|
| RYAN HYAMS, and REGINE DUHON, individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CVS HEALTH CORPORATION, a Rhode Island Corporation, CVS PHARMACY, INC., a Rhode Island Corporation, GARFIELD BEACH CVS, LLC, a California Corporation, and CVS RX SERVICES, INC., a New York Corporation, DOES 1 through 25, inclusive,<br><br>Defendants | Case No. 4:18-cv-06278-HSG<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY CASE MANAGEMENT ORDER**<br><br>Action Filed: August 21, 2018<br>Trial Date: Not set |

Plaintiffs Ryan Hyams and Regine Duhon's ("Plaintiffs") Administrative Motion pursuant to Civil Local Rules 7-11 and 16-2(d), and the Court's Scheduling Order (ECF No. 27) to Modify Case Management Order ("Motion") was considered on the basis of the briefing of the parties, in Courtroom 2 of the United States District Court located at 1301 Clay Street, Oakland, California 94612, the Honorable Haywood S. Gilliam presiding.

After full consideration of the submissions of the parties, and good cause for modification of the Case Management Order having been found, the Court hereby GRANTS Plaintiffs' Motion and modifies the Case Management Order (ECF No. 27) as follows:

1. The close of fact discovery, presently set for January 31, 2020, is continued to March 31, 2020.

2. The deadline for exchange of opening expert reports, presently set for February 14, 2020, is continued to April 15, 2020.

3. The deadline for exchange of rebuttal expert reports, presently set for March 2, 2020, is continued to May 1, 2020.

4. The expert discovery cutoff, presently set for April 1, 2020, is continued to June 1, 2020.

5. Plaintiffs' class certification filing deadline, presently set for April 15, 2020 is continued to June 15, 2020.

6. Defendants' opposition to class certification filing deadline, presently set for May 18, 2020 is continued to July 17, 2020.

7. Plaintiffs' reply brief in support of class certification, currently due on June 11, 2020 is now due on August 11, 2020.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

8. The hearing on Plaintiffs' Motion for Class Certification, currently set for June 25, 2020 at 2:00 p.m. is continued to August 27, 2020 at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: 12/23/2019

By: /s/ Haywood S. Gilliam, Jr.
The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge