# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND

| | |
|---|---|
| RYAN HYAMS, and REGINE DUHON, individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CVS HEALTH CORPORATION, a Rhode Island Corporation, CVS PHARMACY, INC., a Rhode Island Corporation, GARFIELD BEACH CVS, LLC, a California Corporation, and CVS RX SERVICES, INC., a New York Corporation, DOES 1 through 25, inclusive,<br><br>Defendants | Case No. 4:18-cv-06278-HSG<br><br>[PROPOSED] ORDER CONTINUING DATE FOR SUBMISSION OF JOINT STATUS REPORT<br><br>Action Filed: August 21, 2018<br>Trial Date: Not set |

Pursuant to the Stipulation to Continue Date for Submitting Joint Status Report filed in this matter (ECF No. 64 ), by and through counsel for Plaintiffs Ryan Hyams and Regine Duhon ("Plaintiffs") and Defendants CVS Health Corporation, CVS Pharmacy, Inc., Garfield Beach CVS, LLC, and CVS Rx Services, Inc. (collectively, "CVS") (CVS, together with Plaintiffs, is hereinafter referred to as "the Parties"), and for good cause appearing, the Court hereby ORDERS as follows:

1. The date for the Parties to submit the Joint Status Report ordered by the Court in its March 30, 2020 Order (ECF No. 58), is continued from April 7, 2020 to April 15, 2020.

**IT IS SO ORDERED.**

DATED: 4/9/2020          By: /s/ Haywood S. Gilliam, Jr.
                         The Honorable Haywood S. Gilliam, Jr.
                         United States District Judge

2
[PROPOSED] ORDER CONTINUING DATE FOR SUBMISSION OF JOINT STATUS REPORT