1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN HYAMS, an individual, on behalf of himself, and all others similarly situated, ,<br><br>  Plaintiff,<br><br> vs.<br><br>CVS HEALTH CORPORATION, a Rhode Island Corporation; CVS PHARMACY, INC., a Rhode Island Corporation; GARFIELD BEACH CVS, LLC, a California Corporation; and CVS RX SERVICES, INC., a New York Corporation; DOES 1 through 25, inclusive, ,<br><br>  Defendants. | CASE NO. 4:18-cv-06278-HSG<br><br>Assigned to: The Honorable Haywood S. Gilliam, Jr.<br><br>**[~~PROPOSED~~] ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE** |

THE COURT, having received and reviewed the Stipulation Regarding Class Certification Briefing Schedule, and for good cause shown, hereby orders as follows: That the class certification briefing schedule set forth below is adopted by the Court.

| | |
|---|---|
| Class Certification Motion Filing Deadline | August 27, 2020 |
| Class Certification Opposition Filing Deadline | September 24, 2020 |
| Class Certification Reply Filing Deadline | October 22, 2020 |
| Class Certification Motion Hearing Date | November 19, 2020 at 2 pm |

**IT IS SO ORDERED.**

Dated:  __4/29/2020__

HAYWOOD S. GILLIAM, JR.
United States District Judge