BETH A. GUNN, CA Bar No. 218889
beth@gunncoble.com
CATHERINE J. COBLE, CA Bar No. 223461
cathy@gunncoble.com
GUNN COBLE LLP
101 S. 1st Street, Suite 407
Burbank, CA 91502
Telephone:    818.900.0695
Facsimile:    818.900.0723

Attorneys for Plaintiffs
RYAN HYAMS and REGINE DUHON

JENNIFER B. ZARGAROF, CA Bar No. 204382
jennifer.zargarof@morganlewis.com
SONIA A. VUCETIC, CA Bar No. 307414
sonia.vucetic@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
300 S. Grand Ave., 22nd FLoor
LOS ANGELES, CA 90071
Telephone:  213.612.7335
Facsimile:  213.612.2501

Attorneys for Defendants
CVS HEALTH CORPORATION; CVS PHARMACY, INC.
GARFIELD BEACH CVS, L.L.C.; CVS RX SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN HYAMS and REGINE DUHON, individuals, on behalf of themselves, and all others similarly situated,<br><br>       Plaintiffs,<br><br>   vs.<br><br>CVS HEALTH CORPORATION, a Rhode Island Corporation, CVS PHARMACY, INC., a Rhode Island Corporation, GARFIELD BEACH CVS, LLC, a California Corporation, and CVS RX SERVICES, INC., a New York Corporation, DOES 1 through 25, inclusive,<br><br>       Defendants. | Case No. 4:18-cv-06278-HSG<br><br>CLASS ACTION<br><br>[Assigned for all purposes to Hon. Haywood S. Gilliam, Jr.]<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE FOR MAKING EXPERT DISCLOSURES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 26(a)(2)**<br><br>Action Filed:   August 21, 2018<br>Trial Date:      None |

      Plaintiffs Ryan Hyams and Regine Duhon ("Plaintiffs") and Defendants CVS Health Corporation, CVS Pharmacy, Inc., Garfield Beach CVS, LLC, and CVS Rx Services, Inc. ("Defendants") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate to continue the deadline for making expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) as follows:

1. On April 15, 2020, the Parties submitted a Joint Status Report updating the Court on the Parties' progress in completing outstanding discovery, and proposing amended deadlines for discovery and class certification. *See* ECF No. 68.

2. On April 20, 2020, the Court entered an amended scheduling order setting revised deadlines, including Expert Opening Reports on June 30, 2020, Expert Rebuttal Reports on July 15, 2020, and Close of Expert Discovery on August 15, 2020. *See* ECF No. 70.

3. On April 29, 2020, the Court entered an Order Regarding Class Certification Briefing Schedule, setting a class certification briefing schedule, including Plaintiffs' Class Certification Motion Filing Deadline on August 27, 2020—after the close of expert discovery. *See* ECF No. 75.

4. Due to the scope of the various claims and issues in this case, the cost of having expert witnesses analyze each claim/issue, calculate full class-wide damages in this matter, and prepare comprehensive reports—all before the Parties brief class certification—is significant. The Parties agree that ordering expert discovery to take part in phases will avoid the expenditure of unnecessary resources in preparing a class-wide damages analysis for issues that Plaintiffs may not pursue in their briefing, or that the Court may not certify to proceed on a class-wide basis or may otherwise limit in scope during the class certification process.

5. To that end, after extensive meeting and conferring about the various discovery issues involved in this matter, the Parties agree that bifurcating expert discovery into two phases will best serve the interests of judicial and litigation efficiency. Bifurcated expert damages discovery will enable the Parties to focus on the issues required for the various phases of this action, with the first phase occurring prior to class certification to assess the evidence for or against certification, and the second phase occurring after certification to assess damages for any claims

that are certified or that otherwise remain as part of the case following the Court's class certification decision.

6. The Parties hereby propose the following amended expert discovery and class-certification briefing schedule for the first phase of bifurcated expert discovery:

| | |
|---|---|
| Class Certification Motion Filing Deadline (unchanged) | August 27, 2020 |
| Deadline to Provide Plaintiffs' Expert Declaration in support of Plaintiffs' Class Certification Motion | August 27, 2020 |
| Deadline to Produce Plaintiffs' Expert Witness for Deposition | September 4, 2020 |
| Class Certification Opposition Filing Deadline | October 1, 2020 |
| Defendants' Deadline to Provide Expert Declaration in support of their Class Certification Opposition | October 1, 2020 |
| Deadline to Produce Defendants' Expert Witness for Deposition | October 9, 2020 |
| Class Certification Reply Filing Deadline | October 29, 2020 |
| Class Certification Motion Hearing Date | December 3, 2020 |

7. As reflected in the above schedule, the Parties agree to file their respective expert declarations with their Class Certification Motion or Class Certification Opposition. The Parties agree to a one-week continuation of both Defendants' Class Certification Opposition deadline and Plaintiffs' Class Certification Reply deadline to account for the depositions of the Parties' expert witnesses. The Parties further agree to a two-week continuation of the Class Certification Motion Hearing to account for the two-week continuation of the proposed briefing schedule.

8. The Parties request that the Court schedule a status conference as soon as practicable after the Court's ruling on Plaintiffs' class certification motion to determine post-class certification expert discovery deadlines based on the case that is going forward at that point.

9. The Parties agree that the discovery and briefing schedule proposed above will enable the Parties to efficiently conduct expert discovery as required, while also providing the Court with the necessary and tailored information it needs to rule on Plaintiffs' class certification

motion.  The Parties further agree that the above-proposed discovery and briefing schedule will preserve resources in the event that the Court does not certify one or more of Plaintiffs' proposed classes/subclasses, or otherwise redefines or limits the issues requiring expert discovery regarding other liability and damages in this matter.

10. If the Court is not inclined to modify the expert deadlines set forth herein, the Parties request that the current expert deadlines be vacated and that the Court set a case management conference to discuss rescheduling expert discovery deadlines in accordance with the class certification briefing schedule.

**IT IS SO STIPULATED**

DATED:  June 23, 2020

GUNN COBLE LLP

By: */s/ Beth A. Gunn*
  Beth A. Gunn
  Catherine J. Coble
  David Z. Feingold

Attorneys for Plaintiffs
RYAN HYAMS and REGINE DUHON

DATED:  June 23, 2020

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Jennifer B. Zargarof*
  Jennifer B. Zargarof
  Sonia A. Vucetic

Attorneys for Defendants
CVS HEALTH CORPORATION; CVS PHARMACY, INC.; GARFIELD BEACH CVS, L.L.C.; CVS RX SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN HYAMS and REGINE DUHON, individuals, on behalf of themselves, and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CVS HEALTH CORPORATION, a Rhode Island Corporation; CVS PHARMACY, INC., a Rhode Island Corporation; GARFIELD BEACH CVS, LLC, a California Corporation; and CVS RX SERVICES, INC., a New York Corporation; DOES 1 through 25, inclusive, ,<br><br>Defendants. | CASE NO. 3:18-cv-06278-HSG<br><br>Assigned to: The Honorable<br>          Haywood S. Gilliam, Jr.<br><br>[~~PROPOSED~~] ORDER REGARDING JOINT STIPULATION TO CONTINUE DEADLINE FOR MAKING EXPERT DISCLOSURES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 26(a)(2) |

THE COURT, having received and reviewed the Joint Stipulation to Continue Deadline for Making Expert Disclosures Pursuant to Federal Rules of Civil Procedure Rule 26(a)(2), and for good cause shown, hereby orders as follows: That the class expert discovery and class certification briefing schedule set forth below is adopted by the Court.

| | |
|---|---|
| Class Certification Motion Filing Deadline | August 27, 2020 |
| Deadline to Provide Plaintiffs' Expert Declaration in support of Plaintiffs' Class Certification Motion | August 27, 2020 |
| Deadline to Produce Plaintiffs' Expert Witness for Deposition | September 4, 2020 |
| Class Certification Opposition Filing Deadline | October 1, 2020 |
| Defendants' Deadline to Provide Expert Declaration in support of their Class Certification Opposition | October 1, 2020 |
| Deadline to Produce Defendants' Expert Witness for Deposition | October 9, 2020 |
| Class Certification Reply Filing Deadline | October 29, 2020 |
| Class Certification Motion Hearing Date | December 3, 2020 |

**IT IS SO ORDERED.**

Dated:   6/24/2020

                                                                                       _____
                                                                                       HAYWOOD S. GILLIAM, JR.
                                                                                       UNITED STATES DISTRICT JUDGE