# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN HYAMS and REGINE DUHON, individuals, on behalf of themselves, and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CVS HEALTH CORPORATION, a Rhode Island Corporation; CVS PHARMACY, INC., a Rhode Island Corporation; GARFIELD BEACH CVS, LLC, a California Corporation; and CVS RX SERVICES, INC., a New York Corporation; DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | CASE NO. 3:18-cv-06278-HSG<br><br>Assigned to: The Honorable Haywood S. Gilliam, Jr.<br><br>[PROPOSED] ORDER RE: PLAINTIFFS' PARTIAL SUMMARY JUDGMENT MOTION BRIEFING SCHEDULE |

THE COURT, having received and reviewed the Joint Stipulation Regarding Plaintiffs' Partial Summary Judgment Motion Briefing Schedule, and for good cause shown, hereby orders as follows: That Plaintiffs' partial summary judgment motion briefing schedule set forth below is adopted by the Court.

| | |
|---|---|
| Defendants' Opposition to Plaintiffs' Partial Summary Judgment Motion | September 10, 2020 |
| Plaintiffs' Reply ISO Partial Summary Judgment Motion | September 24, 2020 |
| Hearing on Partial Summary Judgment Motion | October 8, 2020 at 2:00 p.m. |

**IT IS SO ORDERED.**

Dated:   8/12/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge