1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN HYAMS, an individual, on behalf of himself, and all others similarly situated, ,<br><br>    Plaintiff,<br><br>    vs.<br><br>CVS HEALTH CORPORATION, a Rhode Island Corporation; CVS PHARMACY, INC., a Rhode Island Corporation; GARFIELD BEACH CVS, LLC, a California Corporation; and CVS RX SERVICES, INC., a New York Corporation; DOES 1 through 25, inclusive, ,<br><br>    Defendants. | CASE NO. 4:18-cv-06278-HSG<br><br>Assigned to: The Honorable Haywood S. Gilliam, Jr.<br><br>**[PROPOSED] ORDER REGARDING MOTION TO COMPEL ARBITRATION BRIEFING SCHEDULE** |

THE COURT, having received and reviewed the Joint Stipulation Regarding Proposed Briefing Schedule on Motion to Compel Arbitration, and for good cause shown, hereby orders as follows: That the motion to compel arbitration briefing schedule set forth below is adopted by the Court.

| | |
|---|---|
| Plaintiffs' Opposition to Motion to Compel Arbitration | September 29, 2020 |
| Defendants' Reply ISO Motion to Compel Arbitration | October 15, 2020 |
| Hearing on Motion to Compel Arbitration | October 29, 2020 at 2 pm |

**IT IS SO ORDERED.**

Dated:   8/18/2020

*(signature)*
HAYWOOD S. GILLIAM, JR.
United States District Judge