UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN HYAMS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CVS HEALTH CORPORATION, et al.,<br><br>    Defendants. | Case No. 18-cv-06278-HSG<br><br>**ORDER REGARDING MOTION TO STAY BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 132 |

Having reviewed the parties' Joint Statement Regarding Briefing Schedule on Motion to Stay, and for good cause shown, the Court **SETS** the following briefing schedule:

| **Event** | **Deadline** |
|---|---|
| Plaintiffs' Opposition | November 12, 2020 |
| Defendants' Reply | November 19, 2020 |
| Hearing on Motion to Stay | December 2, 2020 at 11:00 am |

//
//
//
//
//
//
//
//
//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 10/23/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge