UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN HYAMS, et al.,<br><br>              Plaintiffs,<br><br>       v.<br><br>CVS HEALTH CORPORATION, et al.,<br><br>              Defendants. | Case No. 18-cv-06278-HSG<br><br>**ORDER DENYING MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER**<br><br>Re: Dkt. No. 138 |

On September 24, 2020 Plaintiffs Ryan Hyams and Regine Duhon ("Plaintiffs") moved to compel the lifting of certain redactions by Defendants CVS Health Corporation, CVS Pharmacy, Inc., Garfield Beach CVS, LLC, and CVS Rx Services, Inc. (collectively "CVS"). *See* Dkt. No. 116. On October 8, Magistrate Judge Illman issued an order denying Plaintiffs' motion. *See* Dkt. No. 127. On October 22, Plaintiffs filed a motion for relief from Judge Illman's non-dispositive pretrial order. *See* Dkt. No. 138.

A pretrial order by a magistrate judge will be reversed only if it "is clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A). The Court has carefully reviewed Judge Illman's order, Plaintiffs' motion, and the relevant legal authorities. Judge Illman's order is well-reasoned and thorough. The Court affirms the non-dispositive order because it is not "clearly erroneous or contrary to law." *See Grimes v. City & Cty. of San Francisco*, 951 F.2d 236, 240 (9th Cir. 1991). Accordingly, the Court **DENIES** Defendant's motion for relief from Judge Illman's non-dispositive pretrial order.

//

//

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated:  10/23/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge