**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN HYAMS and REGINE DUHON, individuals, on behalf of themselves, and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CVS HEALTH CORPORATION, a Rhode Island Corporation; CVS PHARMACY, INC., a Rhode Island Corporation; GARFIELD BEACH CVS, LLC, a California Corporation; and CVS RX SERVICES, INC., a New York Corporation; DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | CASE NO. 4:18-cv-06278-HSG<br><br>Assigned to: The Honorable Haywood S. Gilliam, Jr.<br><br>**ORDER RE: RE-SETTING HEARING DATE ON PLAINTIFFS' MOTION TO LIFT STAY** |

The Court, having considered Defendants' Civil Local Rule 7-11 Motion for Administrative Relief to Re-Set Hearing Date on Plaintiffs' Motion to Lift Stay, and for good cause shown, hereby ORDERS AS FOLLOWS:

The hearing on Plaintiffs' Motion to Lift Stay is re-set from April 9, 2021 to April 12, 2021 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:  3/30/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge