UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN HYAMS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CVS HEALTH CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-06278-HSG<br><br>**ORDER CONTINUING THE STAY** |

On November 24, 2020, the Court granted Defendants' motion to stay pending proceedings in a related action, *Chalian et al. v.CVS Pharmacy, Inc. et al.*, C.D. Cal. Case No. 2:16-cv-08979-AB-AGR ("*Chalian*"). Dkt. No. 156. The parties reported that there are no new bases to lift the stay as a result of pending appeals. Dkt. No. 181. Having discussed the issue with the parties at a case management conference on August 17, 2021, the Court agrees for the reasons stated on the record. Accordingly, the Court **CONTINUES** the stay currently in force. The Court directs the parties to provide joint status reports, of no more than two pages, regarding all aspects of the related appeals. The parties shall file the joint status reports every six months from the date of this order.

**IT IS SO ORDERED.**

Dated: 8/18/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge