UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN HYAMS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CVS HEALTH CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-06278-HSG<br><br>**ORDER ALLOWING RENEWED MOTIONS TO SEAL**<br><br>Re: Dkt. No. 167 |

In conjunction with its motion for partial summary judgment, Dkt. No. 84, and motion to certify a class, Dkt. No. 101, Plaintiffs filed two administrative motions to seal, Dkt. Nos. 85 and 102. In accordance with the Stipulated Protective Order in this case, Plaintiff requested many of the documents be sealed because they had been produced by Defendants and marked by Defendants as "Confidential." *See* Dkt. Nos. 85 at 2, 102 at 2. Defendants were required to file supporting statements substantiating why the documents should be filed under seal within seven days of each motion's filing, *see* Civil L.R. 79-5(f), but instead took over a month to lodge their declarations. *See* Dkt. Nos. 111, 125. In part based on Defendants' failure to comply with the Local Rules, the Court denied Plaintiffs' administrative motions to seal. *See* Dkt. Nos. 162, 163.

Defendants filed an ex parte application requesting the Court (1) stay the public filing of the documents and (2) allow Defendants the opportunity to argue why good cause exists to seal the documents at issue. *See* Dkt. No. 167 at 3. Defendants also note that they filed supporting declarations regarding Plaintiffs' requests to seal, albeit weeks after the deadline. *See id.* at 2-3.

The Court stayed the public filing of the documents pending further order of the Court. Dkt. No. 168. The Court now **DIRECTS** the parties to file any renewed motions to seal relating to docket numbers 85 and 102 within ten days of the date of this Order. Any renewed motions

must comply with the Local Rules and this Court's Standing Order.  In particular, the parties should comply with the requirements described in Local Rule 79-5(c) and paragraphs 30-32 of the Court's Civil Standing Order, including the proposed order format described in paragraph 32.  The Court notes that the Local Rules disfavor "sealing entire documents (as opposed to merely redacting the truly sensitive information in a document)" and reminds the parties that requests to seal should be "narrowly tailored to seal only the sealable material."  Civil L.R. 79-5(b) and (c)(3).  If no renewed motion to seal is filed within ten days, the Court **DIRECTS** Plaintiffs to file public versions of all documents for which the proposed sealing was denied in docket numbers 162 and 163 within seven days thereafter.

This order terminates docket number 167.

**IT IS SO ORDERED.**

Dated:  3/30/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge